IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALAN W. GURSKY,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, NEW LISBON CORRECTIONAL INSTITUTION, TIMOTHY LUNDQUIST, ANA BOATWRIGHT, KENNETH LOBENSTEIN, LINDA FAITH, D. BELLILE, PATRICIA JAMES, LARRY FUCHS, GERALD KONITZER, P. KANNENBERG, MILDRED PARISE, GARCEAU, SANDRA HAUTANTAK, ISMAEL OZANN, NANCY WOOD, TOM GOZINSKE, KAREN GOURLIE, WELCOME ROSE, LIZZIE TEGELS, KIM KANNENBERG, DEBRA LANCE, CANDACE WARNER, AMY SMITH, N. GANTHER, LT. GREEN, SHARON ZUNKER, C.O. REYNOLDS, LAE and THYNE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-113-bbc

---

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants denying plaintiff's request to proceed <u>in forma pauperis</u> on his double jeopardy and due process claims for failure to state a claim and declining to exercise supplemental jurisdiction over plaintiff's state law claims, and this case is dismissed.

By: _____, Deputy Clerk        6-16-10
    Peter Oppeneer, Clerk of Court                 Date